**Order filed December 30, 2022**



In The

# Fourteenth Court of Appeals

_____

NO. 14-21-00741-CV
_____

## CHAD  FENLEY  DAVIS, Appellant

### V.

## DAVID CLARKE RUSHING, ATTORNEY, AND DAVID CLARKE RUSHING D/B/A THE LAW OFFICE OF DAVID RUSHING, Appellee

On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2017-15972

## O R D E R

The clerk's record was filed December 28, 2021. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c).  The record does not contain the following items,

- "The Rushing Defendant's Amended Motion for Traditional and No-Evidence Summary Judgment" (including all exhibits and attachments) filed on April 20, 2021

- "Plaintiff Davis's Answer to Rushing Defendant's Amended Motion for Transitional and No-Evidence Summary Judgment" (including all exhibits and attachments) filed on June 14, 2021

- "Redacted Plaintiff Davis's Answer to Rushing Defendant's Amended Motion for Traditional and No-Evidence Summary Judgment" (including all exhibits and attachments) filed on June 15, 2021

- "The Rushing Defendants' Reply to Plaintiff's Answer to Defendants' Motion Summary Judgment" (including all exhibits and attachments) filed on July 9, 2021

- "Supplemented Response to Defendants' Reply to Plaintiff's Answer to Defendants' Motion for Judgment" (including all exhibits and attachments) filed on July 26, 2021

The Harris County District Clerk is directed to file a supplemental clerk's record on or before January 9, 2023, containing the above items.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Hassan.